Exhibit B

**Consent to Receipt of Documents Through Prisoner Electronic Filing Program**

I am participating in the United States District Court for the Northern and Southern

Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When the Court issues an Order, Entry, or other document, a Notice of Electronic Filing

is automatically generated and sent to Library staff. In order to receive copies of documents

issued by the Court more quickly, I consent pursuant to Fed.R.Civ.P. 5(b)(2)(F) to be served with

documents issued by the Court via the E-Filing Program. By consenting to participate I will

receive via the institutional mail a printed copy of any ruling or notice issued by the Court in the

case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current correctional facility. A new consent

form will need to be signed if I am transferred and the new facility participates in the E-Filing

Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: PEDRo ALVAREZ          Date: 10-8-2020

DOC Number: 953024

Address: Indiana Department of Correction

Westville Correctional facility

5501 South 1100 west

Westville IN. 46391

Case filed in:

Northern District of Indiana: ✓

Southern District of Indiana: ____

Case Number (if pending at time of consent): _____