IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

PEDRO ALVAREZ,
    Plaintiff,
v.                                                                          No. 3:20-cv-840
WEXFORD OF INDIANA, LLC,
DR JACKSON, JODY KUPFERBERG,
ROCHELLE CARTELYOU, and
JOSHUA C KUIPER,
    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pedro Alvarez, by and through the undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) voluntary dismisses this matter without prejudice.

Respectfully submitted,

/s/ Guy S. DiMartino
Guy S. DiMartino
Guy S. DiMartino, PC
Indiana Bar No. 21599-45
1411 S. Woodland Ave.
Suite D
Michigan City, IN 46360
(219) 690- 8997- Phone
(866) 887-3026 - Fax
gsd@gsdimartino.com – Email
eservice@gsdimartino.com-Service
Attorney for Pedro Alvarez